## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RONALD RUSSELL, : No. 312 WAL 2017
:
           Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
WESTMORELAND COUNTY :
CARDIOLOGY; JAMES E. ADISEY, M.D.; :
AND EXCELA HEALTH :
WESTMORELAND HOSPITAL A/K/A :
WESTMORELAND REGIONAL :
HOSPITAL EXCELA HEALTH, :
:
           Respondents :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.